IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARTHUR J. PETRIKONIS,<br><br>              Plaintiff,<br><br>   v.<br><br>WILKES-BARRE HOSPITAL COMPANY,<br>LLC,<br><br>              Defendant. | CIVIL ACTION<br>NO. 11-280 |

## ORDER

**AND NOW**, this 30th day of October 2013, upon consideration of Defendant's Motion for Summary Judgment (Doc. No. 44), Plaintiff's Response (Doc. No. 55), the related filings, the Order granting Defendant's Motion for Summary Judgment, and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Judgment is entered in favor of Defendant and against Plaintiff in the amount of $9,743.58.

BY THE COURT:

_Joel Slomsky_
JOEL H. SLOMSKY, J.

1